IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:09cr00307-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROSCOE L. ALFORD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on September 25, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release.  The defendant was present and represented by Attorney Jeffrey Lazarus.

The violation report was referred to Magistrate Judge Greg White on July 21, 2015 [Doc. 35] and a Report and Recommendation was issued on September 1, 2015 [Doc. 41].  No objections having been filed by either plaintiff or defendant, the Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

    1) new law violation;

    2) failure to report to the Probation Office as instructed;

    3) failure to report for drug testing and drug treatment.

Therefore, the defendant is committed to the Bureau of Prisons for a period of ten months on the instant violations.  The Court makes a recommendation for intensive drug treatment while

incarcerated.  Upon release from incarceration defendant shall serve a one year term of supervised release under the conditions earlier imposed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: September 28, 2015                              *s/   James S. Gwin*
                                                                           JAMES S. GWIN
                                                                           UNITED STATES DISTRICT JUDGE